OPINION — AG — ** OKLAHOMA INDUSTRIAL FINANCE AUTHORITY — RULES AND REGULATION — PLANT FACILITY ** THE OKLAHOMA INDUSTRIAL FINANCE AUTHORITY BOARD OF DIRECTORS DOES 'NOT' HAVE THE AUTHORITY TO ADOPT RULES AND REGULATIONS WHICH PLACE RESTRICTIONS ON THE TYPE OF MANUFACTURING OR INDUSTRIAL PLANT FACILITY WHICH MAY APPLY FOR FINANCING PURSUANT TO 74 O.S. 875 [74-875] (1981) (MANUFACTURING OR INDUSTRIAL PLANT, FINANCING, FINANCE, PUBLIC TRUST, BORROW, FUNDS, APPLICATION) CITE: 74 O.S. 852 [74-852], 74 O.S. 855 [74-855], 74 O.S. 855 [74-855](B), 74 O.S. 855 [74-855] [74-855](L), 74 O.S. 858 [74-858], 74 O.S. 859 [74-859] [74-859], 74 O.S. 861 [74-861], 74 O.S. 875 [74-875] [74-875] (SUSAN BRIMER AGOSTA)